# United States Court of Appeals
## For the First Circuit

---

No. 09-2263

UNITED STATES OF AMERICA,

Appellee,

v.

PASCUAL LUNA,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on August 12, 2011, is amended as follows:

On page 4, line 9, replace "his" with "Luna's"

On pag 10, line 4, replace "Luna" with "Conley"